H. LEON SHURTER and BLANCHE E. SHURTER, Respondents, v. ALICE E. BAILEY and MIGNONETTE BAILEY, Appellants.— This is an appeal by defendants from a judgment entered in the county of Tompkins upon a verdict of a jury rendered in favor of the plaintiffs against the defendants. The action was brought to recover damages for fraud and deceit, it being alleged that the defendants, as principal and agent, induced plaintiffs to purchase certain real property on which were located certain wells, the water of which was contaminated. The court properly submitted to the jury all of the questions of actionable fraud as questions of fact and the verdict is amply supported by the evidence. The judgment and order appealed from should be affirmed. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES HARRINGTON, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

MINNIE E. MOORE, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

ANNA DAVIS, Respondent, v. H. H. BUTLER STORES, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

HOLTON V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Respondent, Appellant, v. EUGENE M. DUSINBERRE and NATHAN OAKS, JR., Appellants, Respondents.— This action is a companion to the proceeding now pending in this court for a review of the determination of the Commissioner of Agriculture and Markets of the State of New York, denying the defendants' application for a milk dealer's license. It seeks to restrain the defendants from selling milk within the State without such license. The facts are discussed in the opinion in the companion proceeding. [*Ante*, p. 445.] It appears that the defendants are actually selling milk in violation of the statute without a license and for that reason the order should be affirmed. The statute requires no license of a dairy products store or a farmer selling not more than one hundred quarts daily average of milk on the farm where produced to consumers coming there for it. Order modified so as to further provide that it shall not restrain the defendants from operating a dairy products store and selling milk in such store, and as so modified affirmed, without costs. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED BAUER, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.